**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELTON EMMANUEL MUGENI,<br><br>                          Petitioner,<br><br>     v.<br><br>CHRISTOPHER LAROSE, *et al.*,<br><br>                          Respondents. | Case No. 26-cv-04243-BAS-DEB<br><br>**ORDER SETTING HEARING ON PETITION** |

The Court **ORDERS** the parties to appear on **Friday, August 21, 2026, at 1:30 p.m.**, in Courtroom 12B for a hearing on this matter.

**IT IS SO ORDERED.**

**DATED: August 6, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv4243