UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ELTON EMMANUEL MUGENI,

Petitioner,

v.

CHRISTOPHER J. LAROSE, *et al.*,

Respondents.

Case No. 26-cv-04243-BAS-DEB

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)**

Petitioner Elton Emmanuel Mugeni filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The Court held a hearing on the Petition. (ECF No. 9.)

For the reasons expressed at the hearing, the Court **GRANTS** the Petition and finds that Petitioner's detention has been unreasonably and arbitrarily prolonged under the Due Process Clause. Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Elton Emmanuel Mugeni (A# 221-391-013) within 14 days of the date of this Order. At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. If the Government fails to provide a timely hearing, Petitioner is ordered released forthwith.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: August 21, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**